PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## for
## MIDDLE DISTRICT OF PENNSYLVANIA

U.S.A. vs. Rebekah Christopher          Docket No. 1:CR-01-195-04

## Petition on Probation and Supervised Release

COMES NOW Julie M. Persinger   PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Rebekah Christopher, who was placed on supervision by the Honorable William W. Caldwell sitting in the court at Harrisburg on the 24th day of June, 2002, who fixed the period of supervision at one year, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall pay the fine imposed by this judgment in minimum monthly installments of $85.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Ms. Christopher has been unable to pay the full amount of the fine ($1,000) imposed by the Court and a balance of $395 remains. Although initially upon her release she had trouble making payments, it is believed that she has made monthly fine payments in accordance with her ability to pay, and in all other ways she has been compliant. Ms. Christopher has signed an Agreement (copy attached) to continue paying the fine should the Court permit her term of supervision to expire. First Assistant U.S. Attorney William A. Behe has no objection to allowing Ms. Christopher's term of supervision to expire with the signed Agreement.

FILED
HARRISBURG
JUN 21 2006
PER _____ DEPUTY CLERK

**PRAYING THAT THE COURT WILL ORDER** that the defendant's term of supervised release be permitted to expire on July 7, 2006, without further action of the Court.

ORDER OF COURT

Considered and ordered this 21st day of June, 2006 and ordered filed and made a part of the records in the above case.

_William W. Caldwell_
William W. Caldwell
U.S. District Judge

Respectfully,

_Julie M. Persinger_
Julie M. Persinger
U.S. Probation Officer

Place   Harrisburg, PA

Date   June 15, 2006

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Criminal No.: 1:CR-01-195-04 |
| ) | |
| **REBEKAH CHRISTOPHER** ) | |

<u>AGREEMENT REGARDING UNPAID FINE</u>

The following Agreement is entered into by

**REBEKAH CHRISTOPHER**

FILED
JUN 21 2006
PER _____
HARRISBURG, PA  DEPUTY CLERK

defendant in the above-captioned case, in recognition of her obligations to the Court based upon the offense charged at the above-captioned number and the judgment and commitment entered by the Honorable William W. Caldwell in the above-captioned matter. In recognition of her obligation, and fully intending to be legally bound, the defendant acknowledges as follows:

    1. On June 24, 2002, the defendant was sentenced based on her conviction at the above-captioned criminal number and directed by this Court, as a condition of supervision, to pay the fine, in minimum monthly installments of no less than $85.00.

    2. The defendant acknowledges that she has failed to comply fully with the fine portion of her sentence and that she presently owes the amount of **$395.00**.

    3. The United States has determined that in consideration of the defendant agreeing to fulfill her fine obligation under the above-described sentence, no opposition will be made in allowing the defendant's supervised release to expire as originally set by the Court. The defendant realizes that her failure to pay the above fine obligation could form a basis for the revocation of supervised release and resentencing by District Court.

4. Based on the above, and in consideration of forbearance on immediate execution upon assets owned by the defendant, the defendant agrees to make minimum monthly fine payments of $85.00 payable to Clerk, U.S. District Court, P.O. Box 983, Harrisburg, PA 17108, payments to be made between the first and fifteenth day of each month. Further, the defendant agrees that if she moves from her residence at 1420 Bradley Dr. Apt. F312, Carlisle, PA 17013, she will notify the Clerk, U.S. District Court.

5. The defendant further agrees and confesses judgment for the total unpaid fine due the Government and authorizes the Government to enter judgment against her for said amount in any appropriate Court for the full amount. It is the defendant's intention that she be bound by this confession of judgment and that the judgment be entered pursuant to Rule 2951(a) of the PA Rules of Civil Procedure.

_____
REBEKAH CHRISTOPHER, Defendant

_____
WITNESS

Sworn to and subscribed before me this _____ day of _____, 2006.

_____
Deputy Clerk